UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ROBERT JACKSON**<br>7214 Goblet Court<br>Clinton, Maryland<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br>One Judiciary Square<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washingtonm D.C. 20001<br><br>**POLICE OFFICER J. TEIXEIRA**<br>2455 Alabama Avenue, S.E.<br>Washington, D.C. 20032<br><br>**POLICE OFFICER M. MILOCHICK**<br>2455 Alabama Avenue, S.E.<br>Washington, D.C. 20032<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1441 and 1446, defendant District of Columbia removes the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____ (n/k/w)
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____
GEORGE E. RICKMAN [433298]
LETICIA L. VALDES [0461327]
Assistants Attorney General
441 Fourth Street, N.W.,
Sixth Floor South
Washington, D.C. 20001
(202) 442-9840; (202) 727-6295
(202) 442-9845; (202) 727-6295


**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August 2005, a copy of the foregoing

Notice of Removal was mailed, postage prepaid to:

Leonard L. Long, Esq,
1818 11th Street, N.W.,
Washington, D.C. 20001

_____
Leticia L. Valdes
Assistant Attorney General

2