IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

**ROBERT JACKSON**
7214 Goblet Court
Clinton, Maryland

        **Plaintiff**

vs.

Case No. ~~P3298-04~~  05-0003819

**DISTRICT OF COLUMBIA GOVERNMENT**

and

**DC POLICE OFFICERS J. TEIXEIRA AND M. MILOCHICK**

        **Defendants**

FILED
CIVIL ACTIONS BRANCH
MAY 2 0 2005
Superior Court
of the District of Columbia
Washington, D.C.

Serve:
Anthony A. Williams
1350 – Pennsylvania Avenue NW
Suite 416
Washington, DC 20004

and

Attorney General for the District of Columbia
441 – 4th Street NW, 6th Floor South
Washington, DC 20001

and

Police Officers J. Teixeira
2455 Alabama Avenue SE
Washington DC 20032
and
M. Milochick
2455 Alabama Avenue SE
Washington, DC 20032



## COMPLAINT

Comes now the Plaintiff, Robert Jackson, by and through his attorney Leonard L. Long, Jr., Esquire and respectfully says to this honorable Court the following:

## STATEMENT OF CLAIM

1. This action for monetary damages is brought pursuant to 42 U.S.C. §§ 1983 and 1988, and the Fourth and Fourteenth Amendments to the United States Constitution, and the laws of the District of Columbia, against District of Columbia Metropolitan Police Officers J. Teixeira and M. Milochick employees of the District of Columbia Metropolitan Police Department in their official capacity, as an employees, agents, and servants of the District of Columbia and against The District of Columbia.

2. It is alleged that on or about May 22, 2004 defendants J. Teixeira and M. Milochick were at the time employed as a District of Columbia Metropolitan Police Officers made an unreasonable seizure of the person of Robert Jackson, violating his rights under the Fourth and Fourteenth Amendments to the United States Constitution. Defendants J. Teixeira and M. Milochick also assaulted and battered Plaintiff on May 22, 2004 under the gaise of making a lawful arrest. It is further alleged that these violations and torts were committed as a result of policies and customs of the District of Columbia Metropolitan Police Department and under color of law.

## PARTIES

3. Robert Jackson was at all material times a citizen of the United States, D.C. and of the age of majority.

4. Defendants J. Teixeira and M. Milochick were at all times relevant to the allegations contained in this complaint duly appointed police officers with the District of Columbia Police Department and were acting within the nature and scope of their official duties as officers of the District of Columbia Metropolitan Police Department.

5. The Defendant District of Columbia is a municipality duly organized and existing pursuant to the laws of the United States of America.

## FACTS

6. On or about May 22, 2004, at approximately 7:30 p.m Robert Jackson was carefully operating his automobile in the 2600 block of Birney Place SE Washington DC where he was then and there confronted, harassed, assaulted and battered without justification by a defendants J. Teixeira and M. Milochick, claiming Plaintiff had committed a traffic violation in their presence.

7. Defendants J. Teixeira and M. Milochick approached Plaintiff who was lawfully sitting in his vehicle in the area of 2600 block of Birney Place SE Washington DC and without just cause or provocation began to assault, batter, harass and torment and verbally abuse Plaintiff. Plaintiff sustained severe and debilitating injuries to his person as a result the actions of Defendants as aforesaid. Plaintiff was knocked to the ground, handcuffed and placed under arrest by Defendant Police Officers J. Teizeira and M. Milochick. Plaintiff asserts that his arrest by Defendants J. Teixeira and M. Milochick was illegal.

8. After his arrest Plaintiff was subsequently transported to a District of Columbia Police Station and informed that he was being charged with the

criminal offenses of Assault on a Police Officer (2 counts) and possession of marijuana.

9. At the time defendants J. Teixeira and M. Milochick illegally arrested Plaintiff, on May 22, 2004 they falsely, maliciously and without probable cause caused criminal charges that they knew to be unwarranted to be filed against Plaintiff.

10. Subsequently, Plaintiff appeared in D.C. Superior Court where he was formally advised of the criminal charges that had been brought against him. Plaintiff denied the charges and requested a trial on said charges.

11. On or about February 2005, the criminal charges that and been brought against Plaintiff were dismissed by the office of the United States Attorney (D.C.)

12. As a direct and proximate result of the said acts of the Defendants, the Plaintiff, Robert Jackson suffered the following injuries and damages.

   a. Violation of his constitutional rights under the 4th and 14th Amendments to the United States Constitution, to be free from unreasonable search and seizure of his person and property;

   b. Loss of his physical liberty;

   c. Physical pain and suffering and emotional trauma and suffering, requiring the expenditure of money for treatment;

   d. Loss of status as a citizen of the United States.

13. The action of the Defendants J. Teixeira and M. Milochick violated the following clearly established and well settled federal constitutional rights of Plaintiff, Robert Jackson.

a. Freedom from the unreasonable searched and seizure of his person and property;

b. Freedom from the use of excessive, unreasonable and unjustified force against his person.

## COUNT I
### 42 U.S.C. § 1983 Against Individual Defendants, J. Teixeira and M. Milochick

14. Paragraphs 1 through 14 are incorporated herein by references as though fully set forth.

15. Plaintiff, Robert Jackson claims damages for the injuries set forth above under 42 U.S.C. § 1983 against defendant Police Officers J. Teixeira and M. Milochick for violation of his constitutional rights under color of law.

## COUNT II
### Assault and Battery Against Defendants J. Teixeira and M. Milochich

16. Paragraphs 1 through 16 are incorporated herein by references as though fully set forth.

17. Defendant Police Officers J. Teixeira and M. Milochick assaulted and battered Plaintiff.

18. As a result of this assault and battery, plaintiff, Robert Jackson suffered damages as aforesaid.

## COUNT III
### False Arrest and illegal Imprisonment Against Defendants J. Teixeira and M. Milochich

19. Paragraphs 1 through 1 are incorporated herein by reference as though fully set forth.

20. Defendants J. Teixeira and M. Milochick falsely arrested and illegally imprisoned Plaintiff, Robert Jackson.

21. As a result of this false arrest and illegal imprisonment, the Plaintiff suffered the damages as aforesaid.

## COUNT IV
### Infliction of Emotional Distress

22. Paragraphs 1 through 22 are incorporated herein by referenced as though fully set forth.

23. Defendants J. Teixeira and M. Milochick intentional actions did cause physical injury to the person of the Plaintiff and placed the Plaintiff in the zone of danger where he feared for his own health safety, and welfare.

24. As a result of these actions, Plaintiff suffered severe emotional distress.

## COUNT V
### 42 U.S.C. § 1983 Against The District of Columbia

25. Paragraphs 1 through 25 are incorporated herein by reference as though fully set forth.

26. Prior to May 22, 2004, The District of Columbia developed and maintained policies or customs exhibiting deliberate indifference to the individual and constitutional rights of persons such as plaintiffs which caused the violation of plaintiff's rights.

27. It was the policy and or custom of the The District of Columbia Police Department to inadequately supervise and train its police offices, including the defendant officers, thereby failing to adequately discourage constitutional violations on the part of its police officers. Defendant, District of Columbia Police Department did not require appropriate in-service training or re-training of officers such as Defendants J. Teixeira and M. Milochick who were known to have engaged in acts of police misconduct.

28. As a result of the above described policies and customs, police officers of the District of Columbia Police Department, including Defendants J. Teixeira and M. Milochick believed that their actions would not be monitored by supervisory officers and that intentional misconduct would not be investigated or sanctioned, but would be tolerated.

29. The above described policies and customs of Defendants The District of Columbia Police Department demonstrated a deliberate indifference on the part of Defendant District of Columbia to the individual and constitutional rights of persons or citizens who worked who visit the District of Columbia and were the cause of the violations of plaintiff's rights alleged herein.

## COUNT VI
### Malicious Prosecution

30. As a result of defendants J. Teixeira and M. Milochick actions by maliciously, falsely and without probable cause having criminal charges brought against Plaintiff, Plaintiff has suffered severe mental anguish, emotional distress, loss of reputation, loss of status as student athlete, medical and other related expenses.

## COUNT VII
### Respondent Superior

31. As a result of defendants J. Teixeira and M. Milochick actions in assaulting, battering, and violating Plaintiff's constitutional rights while in the employ of The District of Columbia Police Department and acting on behalf of The District of Columbia during the commission of these acts, The District of Columbia is responsible for all acts committed by defendants J. Teixeira and M. Milochick within the scope of their employment.

**WHEREFORE,** Plaintiff prays that this Court:

a. Award compensatory damages to Plaintiff against the Defendants, jointly and severally in the amount of $1,000,000.00;

b. Award punitive damages against the officer in the amount of $3,000,000.00;

c. Award costs of this action to the Plaintiff;

d. Award reasonable attorney's fees and costs to the Plaintiff on Counts I and V

e. Award such other and further relief as this Honorable Court may deem appropriate.

The Plaintiff hereby demands a jury trial.

Respectfully Submitted

Leonard L. Long, Jr.
Attorney for Plaintiff Robert Jackson
1818 11th Street NW
Washington, DC 20001
Bar No. 385311
(202) 467-5664