UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT JACKSON,** )<br>)<br>Plaintiff, )<br>)<br>v. ) | Civil Action No. 05-1588 (RCL) |
| )<br>**DISTRICT OF COLUMBIA,** )<br>**et. al.,** )<br>)<br>Defendants. )<br>) | |

## ORDER

The record reflects that plaintiff has failed to comply with the Court's Order [2] of August 18, 2005.

Accordingly, this case is hereby dismissed, without prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 20, 2005.